UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Jacqueline C. Melcher | Case No. C-14-05451-RMW<br><br>**ORDER TRANSFERRING APPEAL TO BANKRUPTCY APPELLATE PANEL**<br><br>[Re Docket No. 4] |

This bankruptcy appeal, BAP Appeal No. NC-14-1573, was transferred to the district court in error, and is transferred back to the Bankruptcy Appellate Panel. *See* Dkt. No. 4 (Order re Transfer of Appeal to District Court in Error).

Dated: January 7, 2015

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

ORDER
Case No. C-14-05451-RMW
LM

- 1 -